

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00128-CV

**NEWPORT CLASSIC HOMES, LP, LLC**,
Appellant

v.

Rafael **LAGUNES**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02113
Honorable Rosie Alvarado, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, Appellant Newport Classic Homes, LP, LLC's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of appeal are taxed against Appellant Newport Classic Homes, LP, LLC.

SIGNED March 28, 2018.

_____
Karen Angelini, Justice